UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>IBRAHIM NDIAYE,<br>　　　　　　　　Defendant. | 22-cr-00548 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　The sentencing is rescheduled from April 25, 2024, to **April 26, 2024, at 12:15 p.m.** in **Courtroom 23B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007

Dated:　April 12, 2024
　　　　New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge